StiIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Richard W. McCallom<br>Case No. 1:15-cv-08243<br><br>v.<br><br>Actavis plc, et al. | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, in its entirety, against all Defendants, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own expenses.

/s/A. Donald C. Discepolo
A. Donald C. Discepolo
DISCEPOLO, LLP
210 E. Lexington Street, Suite 200
Baltimore, MD 21202
Phone: (410) 296-0780
Email: don@discepolollp.com
*Counsel for Plaintiff*

/s/ K.C. Green
Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Email: kcgreen@ulmer.com
*Counsel for Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; Anda, Inc.; Actavis, Inc.; and Watson Laboratories, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ _____

2